IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MANUEL HERNANDEZ AND EVELIA HERNANDEZ as Next Friend of C.H., a Minor<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS, LLC.<br><br>Defendant. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:10-cv-478<br><br>Jury |

### NOTICE OF FILING AGREED FINAL JUDGMNET AND ORDER APPROVING SETTLMEENT BETWEEN PLAINTIFFS AND DEFENDANT GENERAL MOTORS, LLC

Defendant General Motors, LLC, respectfully files this Agreed Final Judgment and Order Approving Settlement Between Plaintiffs and Defendant General Motors, attached hereto.

Respectfully Submitted,

*/s/ Giovanna Tarantino Bingham*
**KYLE H. DREYER (Attorney-in-Charge)**
State Bar No. 06119500
**DERON L. WADE**
State Bar No. 24008220
**GIOVANNA TARANTINO BINGHAM**
State Bar No. 24042613
**HARTLINE DACUS BARGER DREYER LLP**
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
Telephone: (214) 369-2100
Facsimile: (214) 369-2118
kdreyer@hdbdlaw.com
dwade@hdbdlaw.com
gtarantino@hdbdlaw.com

**ATTORNEYS FOR DEFENDANT
GENERAL MOTORS LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system on the 3rd day of December, 2012.

*/s/ Giovanna Tarantino Bingham*